USDC SCAN INDEX SHEET











DEBONT

POWAY CITY OF

CAG   4/14/98   14:15
3:98-CV-00502
*21*
*PRELINJ.*

1  W. JAMES YOUNG, Esq.
   KRISTIAN M. DAHL, Esq.
2  c/o National Right to Work Legal
        Defense Foundation, Inc.
3  8001 Braddock Road, Suite 600
   Springfield, Virginia  22160
4  Telephone:(703) 321-8510
   Fax: (703) 321-9319
5
   ROBERT P. STRICKER, Esq.
6  California Bar No. 104937
   Stricker & Ball
7  550 Corporate Center
   550 West C Street, Suite 2050
8  San Diego, California  92101
   Telephone: (619) 515-9686
9  Fax: (619) 232-2051

10 ATTORNEYS FOR THE PLAINTIFFS



FILED

APR 1 4 1998

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

11
12              UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13                   SAN DIEGO, CALIFORNIA

14
   TED DeBONT,                      CASE NO. 98 cv 0502 K LAB
15
        Plaintiff,                  [PROPOSED] PRELIMINARY INJUNCTION
16 v.

17 CITY OF POWAY; et al.,

18      Defendants.

19
20
21
22
23
24      Plaintiff has moved for a preliminary injunction, seeking to
25 enjoin Defendants from enforcing against Plaintiff the "Maintenance
26 of Membership" article of the Memorandum of Understanding ("MOU")
27 between Defendants City of Poway and California Teamsters Public,
28 Professional, and Medical Employees Union, Local 911, International

1   Brotherhood of Teamsters, AFL-CIO-CLC ("Local 911").  Plaintiff's
2   Verified Complaint, Exhibit A.

3       Plaintiff resigned his union membership by letter dated 3
4   October 1997, and revoked his dues checkoff authorization.  *Id.*,
5   Exhibits B and C.  Nevertheless, the City and its herein named
6   officials maintain that he remains a union member, and continued to
7   seize union dues after that time.  *Id.*

8       On 1 April 1998, upon Plaintiff's *ex parte* showing, this Court
9   entered the requested Temporary Restraining Order, directing that
10  the parties appear on Monday, 13 April 1998, for hearing in
11  Plaintiff's Motion for a Preliminary Injunction, and setting a
12  briefing schedule.  Defendants have declined to file further
13  opposition to Plaintiff's Motion for a Preliminary Injunction, and
14  have informed chambers that they do not oppose entry of the
15  requested relief.  Therefore, for good cause shown,

16      IT IS HEREBY ORDERED, ADJUDGED, and DECREED,

17      1.   That the hearing upon Plaintiff's Motion for a Preliminary
18  Injunction scheduled for 13 April 1998, at 11:00 a.m., is hereby
19  CANCELLED.

20      2.   That Defendants, their officers, agents, employees, and
21  attorneys, and all persons acting in concert with them or under
22  their direction or control, are HEREBY PRELIMINARILY ENJOINED from
23  seizing union dues from Plaintiff, or taking any other steps against
24  Plaintiff to enforce the "Maintenance of Membership" provisions of
25  the City/Local 911 Memorandum of Understanding, until further order
26  of this Court.

27      3.   That, given the small amount of funds that appear to be at
28  issue in this case, Plaintiff shall not be required to post a bond

1  in this case.

2      DATED this 1⁄2 day of April, 1998.

3

4  _____

5      JUDITH N. KEEP
       JUDGE, UNITED STATES DISTRICT COURT

6

7  PREPARED AND SUBMITTED BY:

8  W. JAMES YOUNG, Esq.
   KRISTIAN M. DAHL, Esq.
   c/o National Right to Work Legal
9       Defense Foundation, Inc.
   8001 Braddock Road, Suite 600
10 Springfield, Virginia  22160
   Telephone:(703) 321-8510
11 Fax: (703) 321-9319

12 ROBERT P. STRICKER, Esq.
   California Bar No. 104937
13 Stricker & Ball
   550 Corporate Center
14 550 West C Street, Suite 2050
   San Diego, California  92101
15 Telephone: (619) 515-9686
   Fax: (619) 232-2051

16

17 ATTORNEYS FOR THE PLAINTIFFS

18                          H:\DATA\WJY\WP\DeBont.CA\Preliminary Injunction\PI Order.wpd
                                       Thursday, 9 April 1998, 16:02:35 PM
19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I hereby certify that a true and correct copy of the foregoing

3  **[Proposed] Preliminary Injuction** was deposited in the United States

4  Mail, First-Class postage pre-paid, addressed to:

5        Patricia S. Waldeck, Esq.
         Law Offices of Patricia S. Waldeck
6        624 South Grand Avenue, Suite 2700
         Los Angeles, California  90017
7

8        Robert W. Brockman, Esq.
         Scott E. Peterson, Esq.
9        Daley & Heft
         462 Stevens Avenue, Suite 201
10       Solana Beach, California  92075

11

12  this _____ day of April, 1998.

13

14                              _____

15                              LAVERNE K. STANLEY

16

17

18

19

20

21

22

23

24

25

26

27

28